# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:18-CR-01631(2)-DB |
| | § | |
| (2) OSCAR GANDARILLA | § | |

## ORDER RESETTING FINAL REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL REVOCATION HEARING** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, September 24, 2020 at 01:00 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 18th day of September, 2020.

_____
DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE